Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
Rachel E. Burnim (SBN 292952)
rachel.brunim@klgates.com
Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: 415.882.8200
Fax: 412.882.8220

Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Tel: 949.253.0900
Fax: 949.253.0902

Attorneys for Defendant Ching Feng Home
Fashions Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHING FENG HOME FASHIONS CO., LTD., <br><br> Defendant. | Case No. 3:17-cv-01069-EDL <br> ORDER <br> **JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT CHING FENG HOME FASHIONS CO., LTD. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT CHING FENG HOME
FASHIONS CO., LTD TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
3:17-CV-01069-EDL**

1 | WHEREAS, Plaintiffs Hunter Douglas, Inc., and Andrew J. Toti Testamentary Trust ("Plaintiffs") initiated this action by filing their Complaint against Defendant Ching Feng Home Fashions Co., Ltd. ("Defendant") in the District of Colorado on July 29, 2016. (ECF No. 1);

WHEREAS, this action was transferred from the District of Colorado to the Northern District of California on February 28, 2017. (ECF No. 38);

WHEREAS, pursuant to this Court's May, 25, Scheduling Order, the deadline for the parties to file an amended complaint without leave of the Court was June 29, 2017. (ECF No. 64);

WHEREAS, Plaintiffs filed a First Amended Complaint on June 29, 2017. (ECF No. 71);

WHEREAS, pursuant to rule 15 of the Federal Rules of Civil Procedure, Defendant's response to Plaintiffs' First Amended Complaint is July 13, 2017;

WHEREAS, Plaintiffs filed a Correction of Docket correcting an error in Plaintiffs' First Amended Complaint on July 5, 2017 (the "corrected First Amended Complaint"). (ECF No. 72);

WHEREAS, Defendant requested that the time to respond to Plaintiffs' corrected First Amended Complaint be calculated as if it was an amended pleading pursuant to rule 15(a)(3) of the Federal Rules of Civil Procedure;

WHEREAS, Defendant's request would enlarge the date for Defendant to respond by six days resulting in the deadline for Defendant's response to Plaintiffs' First Amended Complaint to be moved to July 19, 2017, 14 days from the date Plaintiffs filed the corrected First Amended Complaint;

WHEREAS, Plaintiffs have agreed to Defendant's request;

THEREFORE, pursuant to Civil L. R. 6-1 and 6-2 of the Northern District of California, Plaintiffs and Defendant hereby stipulate that the time for Defendant to respond to Plaintiffs' First Amended Complaint shall be 14 days from July 5, 2017, the date Plaintiffs filed the corrected First Amended Complaint.

///

///

1

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT CHING FENG HOME FASHIONS CO., LTD. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**
**3:17-CV-01069-EDL**

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED | |
| 2 | | Respectfully submitted, |
| 3 | | K&L GATES LLP |
| 4 | Dated: July 6, 2017 | By: /s/ *Peter E. Soskin* |
| 5 | | Harold H. Davis, Jr. |
| | | Rachel E. Burnim |
| 6 | | Peter E. Soskin |
| | | K&L GATES LLP |
| 7 | | 4 Embarcadero Center, Suite 1200 |
| | | San Francisco, California 94111 |
| 8 | | Tel: 415.882.8200 |
| | | Fax: 412.882.8220 |
| 9 | | |
| 10 | | Jay C. Chiu (SBN 205385) |
| | | jay.chiu@klgates.com |
| 11 | | K&L GATES LLP |
| | | 1 Park Plaza |
| 12 | | Twelfth Floor |
| | | Irvine, CA 92614 |
| 13 | | Tel: 949.253.0900 |
| | | Fax: 949.253.0902 |
| 14 | | |
| | | *Attorneys for Defendant Ching Feng Home* |
| 15 | | *Fashions Co., Ltd.* |
| 16 | DATED: July 6, 2017 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 17 | | |
| 18 | | By: */s/ Frederick L. Whitmer* |
| | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 19 | | Frederick L. Whitmer, *pro hac vice* |
| | | 1114 Avenue of the Americas |
| 20 | | New York, NY 10036 |
| | | Email: fwhitmer@kilpatricktownsend.com |
| 21 | | Telephone: (212) 775-8773 |
| | | Facsimile: (212) 775-8821 |
| 22 | | |
| | | Matthew C. Holohan, (SBN 239040) |
| 23 | | Kent T. Dallow, *pro hac vice* |
| | | 1400 Wewatta Street |
| 24 | | Denver, CO 80202 |
| | | Email: mholohan@kilpatricktownsend.com |
| 25 | | kdallow@kilpatricktownsend.com |
| | | Telephone: (303) 571-4000 |
| 26 | | Facsimile: (303) 571-4321 |
| 27 | | |
| 28 | | |

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT CHING FENG HOME FASHIONS CO., LTD. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
3:17-CV-01069-EDL**

|   |   |
|---|---|
| 1 | A. James Isbester (SBN 129820) |
| 2 | Two Embarcadero Center, Suite 1900 |
|   | San Francisco, CA 94111 |
| 3 | Email: jisbester@kilpatricktownsend.com |
|   | Telephone: (415) 273-4335 |
|   | Facsimile: (415) 576-0300 |

Attorneys for Plaintiffs Hunter Douglas Inc. and Andrew J. Toti Testamentary Trust

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: 7/7/17

_[signature]_

Hon. Richard Seeborg

UNITED STATES DISTRICT JUDGE

3

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT CHING FENG HOME FASHIONS CO., LTD. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
3:17-CV-01069-EDL**