Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
Timothy P. Walker (SBN 105001)
timothy.walker@klgates.com
Rachel E. Burnim (SBN 292952)
rachel.brunim@klgates.com
Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: 415.882.8200
Fax: 412.882.8220

Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Tel: 949.253.0900
Fax: 949.253.0902

Attorneys for Defendant Ching Feng Home Fashions Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHING FENG HOME FASHIONS CO., LTD.,<br><br>Defendant. | Case No. 3:17-cv-01069-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING AND ASSOCIATED DATES** |

WHEREAS, this Court's Case Management Scheduling Order, dated May 25, 2017 set the *Markman* hearing and technology tutorial for December 12, 2017 (Dkt. 64.);

WHEREAS, due to a calendaring error, counsel for Defendant Ching Feng Home Fashions Co., Ltd. ("Defendant") recently became aware of a hearing in another matter that is also scheduled for December 12, 2017;

WHEREAS, counsel for Defendant first attempted to obtain an agreement from opposing counsel in the other matter to continue the hearing date, but opposing counsel refused;

WHEREAS, after being unable to move the hearing in the other matter so as not to disturb the calendar in this case, counsel for Defendant contacted counsel for Plaintiffs Hunter Douglas, Inc., and Andrew J. Toti Testamentary Trust ("Plaintiffs") to request an agreement to continue the *Markman* hearing date;

WHEREAS, Plaintiffs' counsel agreed to a continuance of the *Markman* hearing and suggested continuing the remaining dates related to claim construction;

WHEREAS, Defense counsel agreed to continue the remaining dates as well;

WHEREAS, on August 31, 2017, the clerk of this Court advised Defense counsel that the Court's calendar on January 12, 2018 was available for the setting of the continued *Markman* hearing;

WHEREAS, the requested continuance will only effect the schedule for the case as described below and will not have any other effect on the schedule for the case;

WHEREAS, the previous time modifications entered in this case are as follows:

1. the Court granted Plaintiff's unopposed motion for a 14-day extension to respond to Defendant's Motion to Dismiss (Dkt. No. 30);
2. the Court granted Plaintiffs' second unopposed motion for a 14-day extension to respond to Defendant's Motion to Dismiss (Dkt. No. 33);
3. the Court granted the parties' joint stipulation to enlarge time for Defendant to respond to Plaintiffs' first amended complaint, extending Defendant's deadline by 6 days (Dkt. No. 74); and

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING AND ASSOCIATED DATES 3:17-CV-01069-RS**

4. the Court granted the parties' joint stipulation to enlarge time for Defendant to serve invalidity contentions, extending Defendant's deadline by 21 days (Dkt. No. 78).

THEREFORE, pursuant to Civil L. R. 6-1 and 6-2 of the Northern District of California, Plaintiffs and Defendant hereby stipulate, and respectfully request that, the dates related to claim construction and the *Markman* hearing be continued as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Exchange Preliminary Constructions | September 11, 2017 | September 25, 2017 |
| Joint CC Statement | September 29, 2017 | October 13, 2017 |
| End of CC Discovery | October 23, 2017 | November 6, 2017 |
| Opening CC Brief | November 6, 2017 | November 20, 2017 |
| Responsive CC Brief | November 21, 2017 | December 5, 2017 |
| Reply CC Brief | November 28, 2017 | December 12, 2017 |
| *Markman* Hearing | December 12, 2017 | January 12, 2018 |

IT IS SO STIPULATED

Respectfully submitted,

K&L GATES LLP

Dated: September 1, 2017     By: /s/ *Peter E. Soskin*

Harold H. Davis, Jr.
Timothy P. Walker
Rachel E. Burnim
Peter E. Soskin
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: 415.882.8200
Fax: 412.882.8220

Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Tel: 949.253.0900
Fax: 949.253.0902

*Attorneys for Defendant Ching Feng Home Fashions Co., Ltd.*

DATED: September 1, 2017     KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Frederick L. Whitmer*
KILPATRICK TOWNSEND & STOCKTON LLP
Frederick L. Whitmer, *pro hac vice*
1114 Avenue of the Americas
New York, NY 10036
Email: fwhitmer@kilpatricktownsend.com
Telephone:   (212) 775-8773
Facsimile:     (212) 775-8821

Matthew C. Holohan, (SBN 239040)
Kent T. Dallow, *pro hac vice*
1400 Wewatta Street
Denver, CO 80202
Email: mholohan@kilpatricktownsend.com
          kdallow@kilpatricktownsend.com
Telephone:     (303) 571-4000
Facsimile:       (303) 571-4321


A. James Isbester (SBN 129820)
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Email: jisbester@kilpatricktownsend.com
Telephone:     (415) 273-4335
Facsimile:       (415) 576-0300

Attorneys for Plaintiffs Hunter Douglas Inc. and Andrew J. Toti Testamentary Trust


**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: 9/1/17                            */s/ Richard Seeborg*

Hon. Richard Seeborg

UNITED STATES DISTRICT JUDGE