UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHING FENG HOME FASHIONS CO., LTD.,<br><br>　　　　　Defendant. | Case No.　17-cv-01069-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

After considering the Joint Stipulation to Continue Certain Deadlines submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.　　　SCHEDULING.

The deadlines are continued as follows:

| Event | Date |
|---|---|
| Non-Expert Discovery Cutoff | February 22, 2019 |
| Further Case Management Conference—Parties Shall File Case Management Statement One Week Prior | March 14, 2019 |
| Designate Expert Witnesses | March 18, 2019 |
| Deadline to Designate Supplemental and Rebuttal Experts | April 26, 2019 |
| Expert Discovery Cutoff | May 23, 2019 |
| Deadline for Filing Dispositive Motions or *Daubert* Motions | June 25, 2019 |
| Deadline for Responding to Dispositive/*Daubert* Motions | July 25, 2019 |
| Deadline for Replies to Dispositive/*Daubert* Motions | August 9, 2019 |
| Dispositive/*Daubert* Motions Hearing Cutoff | September 5, 2019 |

| Pretrial Conference | October 23, 2019 |
| --- | --- |
| Trial | November 4, 2019 |

The parties' joint stipulation (Dkt. No. 126) is terminated.

**IT IS SO ORDERED**.

Dated: November 8, 2018

RICHARD SEEBORG
United States District Judge