1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[COMPLETE LIST OF COUNSEL
IDENTIFIED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUNTER DOUGLAS, INC. and ANDREW J. TOTI TESTAMENTARY TRUST,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHING FENG HOME FASHIONS CO., LTD.,<br><br>    Defendant. | **CASE NO. 3:17-CV-01069-RS**<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES BY ONE MONTH PENDING SETTLEMENT**<br> AS MODIFIED BY THE COURT |

Plaintiffs and Counterclaim-Defendants Hunter Douglas, Inc. and Andrew J. Toti Testamentary Trust ("Plaintiffs") and Defendant and Counterclaim-Plaintiff Ching Feng Home Fashions Co., Ltd. ("Defendant") (together, the "Parties") hereby agree and stipulate to a one month continuation of the deadlines set forth in the Case Management Scheduling Order (Dkt. No. 129) pending settlement as follows:

WHEREAS, trial in this matter has not yet been set with corresponding discovery and motion cut-offs;

WHEREAS, the Parties have reached a mutual settlement in principle to resolve this matter in its entirety. The parties are working on the settlement document and anticipate the execution of same and thereafter the filing of a Request for Dismissal within the next thirty (30) days;

WHEREAS, the Parties have agreed and request that this Court continue the deadlines set forth in the Management Scheduling Order (Dkt. No. 129) for one month and that this continuation deadlines is not sought for the purpose of delay. The Parties thus request that this Court continue the deadlines as follows:

| Event | Current Deadline (Dkt. No. 129) | Parties' Stipulated Dates |
|---|---|---|
| Non-Expert Discovery Cut-off | April 22, 2019 | May 22, 2019 |
| Further Case Management Conference–Parties Shall file Case Management Statement One Week Prior | May 9, 2019 | ~~June 10, 2019~~ June 13, 2019 |
| Designate Expert Witnesses | May 17, 2019 | June 17, 2019 |
| Deadline to Designate Supplemental and Rebuttal Experts | June 26, 2019 | July 26, 2019 |
| Expert Discovery Cut-off | July 23, 2019 | August 23, 2019 |
| Deadline for Filing Dispositive Motions or *Daubert* Motions | August 23, 2019 | September 23, 2019 |
| Deadline for Responding to Dispositive/*Daubert* Motions | September 24, 2019 | October 24, 2019 |
| Deadline for Replies to Dispositive/*Daubert* Motions | October 9, 2019 | November 8, 2019 |
| Dispositive/*Daubert* Motions Hearing Cutoff | November 7, 2019 (Thursday) | December 5, 2019 (Thursday) |
| Pretrial Conference | TBD | TBD |
| Trial | TBD | TBD |

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

The deadlines set forth in the Case Management Scheduling Order (Dkt. No. 129) in this matter shall be continued by one month as provided above.

Dated March 26, 2019

KILPATRICK TOWNSEND & STOCKTON LLP

By: s/ Frederick L. Whitmer
Frederick L. Whitmer, *pro hac vice*
Megan E. Bussey, *pro hac vice*
1114 Avenue of the Americas
New York, NY 10036
Email: fwhitmer@kilpatricktownsend.com
Telephone:  (212) 775-8773
Facsimile:   (212) 775-8821

Matthew C. Holohan, (SBN 239040)
1400 Wewatta Street
Denver, CO 80202
Email: mholohan@kilpatricktownsend.com
Telephone:  (303) 571-4000
Facsimile:   (303) 571-4321

A. James Isbester (SBN 129820)
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Email: jisbester@kilpatricktownsend.com
Telephone:  (415) 273-4335
Facsimile:   (415) 576-0300

Richard W. Goldstucker, *pro hac vice*
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Email: rgoldstucker@kilpatricktownsend.com
Telephone:  (404) 815-6500
Facsimile:   (404) 541-3301

*Attorneys for Plaintiffs Hunter Douglas Inc. and Andrew J. Toti Testamentary Trust*

K&L GATES LLP

By: s/ Timothy P. Walker
Timothy P. Walker (SBN 105001)
timothy.walker@klgates.com
Harold H. Davis , Jr
harold.davis@klgates.com
Rachel E. Burnim (SBN 292952)
rachel.brunim@klgates.com

JOINT STIPULATION TO CONTINUE DEADLINES BY ONE MONTH PENDING SETTLEMENT
CASE NO. 3:17-CV-01069-RS                                                                                                              3

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: 415.882.8200
Fax: 412.882.8220

Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Tel: 949.253.0900

*Attorneys for Defendant Ching Feng Home Fashions Co., Ltd.*

IT IS SO ORDERED
DATE: 3/28/19

Richard Seeborg
U.S. District Judge

15332441V.1