# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS, INC. and ANDREW J. TOTI TESTAMENTARY TRUST,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHING FENG HOME FASHIONS CO., LTD.,<br><br>　　　　Defendant. | **CASE NO. 3:17-CV-01069-RS**<br><br>**ORDER** |

This matter came before the Court upon the Rule 41 Joint Motion to Dismiss filed by Plaintiffs and Counterclaim-Defendants Hunter Douglas, Inc. and Andrew J. Toti Testamentary Trust ("Plaintiffs") and Defendant and Counterclaim-Plaintiff Ching Feng Home Fashions Co., Ltd. ("Defendant") (together, the "Parties"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby:

ORDERED that all claims asserted by Plaintiffs against the Defendant are hereby dismissed with prejudice.  It is further

ORDERED that subject to the terms and agreements set forth in the Settlement Agreement executed by Plaintiffs and Defendant, all counterclaims asserted by Defendant against Plaintiffs in this action are hereby dismissed with prejudice.  It is further

ORDERED that Plaintiffs and Defendant shall each bear their own costs, expenses and legal fees in this case.

SIGNED AND ENTERED this  7th  day of  May , 2019.

Richard Seeborg
U.S. District Judge